JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GIAU VAN DANG, | Case No. CV 13-07322 VAP (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order Dismissing Petition.

Dated: October 22, 2013

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE